## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| *IN THE MATTER OF:*<br><br>MILDRED SANTIAGO RODRIGUEZ<br><br>Debtor(s)<br><br><br>MILDRED SANTIAGO RODRIGUEZ<br>Plaintiff(s)<br><br>v.<br><br>WANDA DEL VALLE ROLDAN<br>Defendant | **Case No.** 09–08633<br><br>**Chapter** 13<br><br><br><br>**ADVERSARY NUMBER** 13–00117<br><br><br>FILED & ENTERED ON 6/6/13 |

## *SUMMONS*

To the above named defendant(s):

You are hereby summoned and required to serve upon ROBERTO FIGUEROA CARRASQUILLO plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is:

PO BOX 193677
SAN JUAN, PR 00919–3677

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney(or upon plaintiff, if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.
(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court:

Your motion or answer must be filed with this Court.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BEYOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

San Juan, Puerto Rico, The 6th of June, 2013.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

Adversary Proceeding No. _____

## CERTIFICATION OF SERVICE

I,
of
certify:


That I am, and all times hereinafter mentioned was, more than 18 years of age:

That on the              day of
I served a copy of the within summons and notice of trial [or pre trial conference], together with the complaint filed in this proceeding, on


the defendant in this proceeding, by {describe here the mode of service}


the said defendant at


I certify under penalty of perjury that the foregoing is true and correct


        Executed on _____  _____
                                    [Date]                                [Signature]

_____  _____  _____
**State mailing address